**Gina M. Corena, Esq.**
Nevada Bar No. 10330
gina@lawofficecorena.com
**Trisha R. Delos Santos, Esq.**
Nevada Bar No. 15902
trisha@lawofficecorena.com
**GINA CORENA & ASSOCIATES**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA YVONNE NAVARRO, an individual; LUCY MOLINA NAVARRO, an individual and RENE NAVARRO, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>LAZARA ISABEL PEREZ, an individual; LYFT, Inc., a Delaware Corporation; DOES I through X, and ROE Corporations I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02546 -JAD-DJA<br><br>**STIPULATION AND ORDER TO REMAND** |

Plaintiffs CHRISTINA YVONNE NAVARRO, LUCY MOLINA NAVARRO, and RENE NAVARRO (collectively as "Plaintiffs") and Defendant LYFT, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and jointly request that this Court remand this action to the Eighth Judicial District Court from which it was removed, pursuant to 28 U.S.C. § 1447(c), based upon the following:

1. Plaintiff originally commenced this action on June 12, 2026, in the Eighth Judicial District Court, State of Nevada, Case No. A-26-948892-C.
2. Defendant subsequently removed the action to this Court on August 14, 2026, pursuant to 28 U.S.C. § 1441, asserting that this Court possesses subject-matter

jurisdiction based upon diversity of citizenship pursuant to 28 U.S.C. § 1332.

3. For purposes of federal diversity jurisdiction, 28 U.S.C. § 1332(a) requires complete diversity among the parties.

4. Defendant asserted that Plaintiffs are residents of Hidalgo County, Texas, while Defendant is a Delaware corporation with its principal place of business in California. *See* Doc ID# 1.

5. Defendant further asserted that at the time it filed its Petition for Removal, Defendant Lazara Isabel Perez ("Perez") had not been "properly joined and served." *Id.*

6. However, Plaintiff notified Defendant that the individual driver, Defendant Perez was served on August 12, 2026, but the affidavit of service was pending.

7. As such, the parties agree that the forum-defendant rule, under 28 U.S.C. § 1441(b)(2), will apply, and that remanding this matter back to state court is appropriate.

8. Under 28 U.S.C. § 1447(c), when it appears that a federal district court lacks subject-matter jurisdiction, the action shall be remanded to the state court from which it was removed.

WHEREFORE, the parties respectfully stipulate and jointly request that the Court enter an Order remanding this action to the Eighth Judicial District Court, State of Nevada.

Respectfully submitted by:

**DATED**: August 18, 2026.

**GINA CORENA & ASSOCIATES**

*<u>/s/ Trisha R. Delos Santos</u>*______
**Gina M. Corena, Esq.**
Nevada Bar No. 10330
**Trisha R. Delos Santos, Esq.**
Nevada Bar No. 15902
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**DATED**: August 18, 2026.

**REISMAN SOROKAC**

*/s/ Jody W. Hagins*________________
**Jody W. Hagins, Esq.**
Nevada Bar No. 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
*Attorneys for Defendants*

GINA CORENA & ASSOCIATES

**ORDER**

Having reviewed the parties' Stipulation and Order to Remand, and good cause appearing, IT IS HEREBY ORDERED that the parties' Stipulation [**ECF No. 4] is GRANTED.**

IT IS FURTHER ORDERED that the forum-defendant rule under 28 U.S.C. § 1441(b)(2) will apply, and remand back to state court is appropriate.

IT IS FURTHER ORDERED that **this action is REMANDED** back to the Eighth Judicial District Court for Clark County, Nevada, Case Number A-26-948892-C, Dept. 31.

IT IS FURTHER ORDERED that the Clerk of Court is directed to **CLOSE THIS CASE.**

______________________________
**UNITED STATES DISTRICT JUDGE**
**August 21, 2026**